In the Matter of the Application of CHARLES ENGEL, Respondent, for an Order to Strike from the Register of Voters of the Second Election District of the Town of Yorktown, Westchester County. PETER THIBAULT and Others, Appellants.— On argument, order granting motion to direct the board of inspectors of election district No. 2 of the town of Yorktown, county of Westchester, to strike certain names from the register of election, affirmed, without costs. Hagarty, Carswell, Johnston, Adel and Close, JJ., concur.

In the Matter of the Application of DANIEL STALLER, Respondent, to Review the Independent Nominating Petition of CHARLES GOLD, Appellant, as a Candidate of the Economy Party for the Office of Mayor of the City of Long Beach.— On argument, order granting application to adjudge the independent nominating petition of Charles Gold for the office of mayor of the city of Long Beach as the candidate of the Economy party, invalid for lack of sufficient signatures, affirmed, without costs. Permission to appeal to the Court of Appeals is denied. Hagarty, Carswell, Johnston, Adel and Close, JJ., concur.